**Petition for Writ of Mandamus Denied, Motion for Stay Denied, and Memorandum Opinion filed December 6, 2022.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-22-00716-CV

### IN RE ROBERT CARTER HIGLEY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-32442**

## MEMORANDUM OPINION

On October 4, 2022, relator Robert Carter Higley filed a petition for writ of mandamus in this Court, and he supplemented the petition on October 20, 2020. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Scot Dollinger, presiding judge of the 189th District Court of Harris County, to vacate orders compelling production of communications between relator and attorneys for his brother, as well as communications between his brothers and relator's own attorneys, regarding a state court proceeding in Harris County in which relator (but not his brother) is a party

and a state court proceeding in Travis County in which relator's brother (but not relator himself) is a party.[1]

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Relator's motion filed October 6, 2022 for a stay of trial court proceedings is hereby denied. We also lift our temporary stay entered on October 6, 2022.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Hassan.

---

[1] To the extent the petition encompasses additional communications, we see no basis for mandamus relief.